## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Trustees of the Will County Local 174
Carpenters Pension Trust Fund, et al.

                                  Plaintiff,

v.                                                        Case No.: 1:19−cv−08214

                                                                     Honorable Sharon Johnson Coleman

Ashlaur Construction Company, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' motion to dismiss without prejudice with leave to reinstate [15] is granted. This case is dismissed without prejudice. If no motion to reinstate is filed by May 1, 2021, the dismissal shall automatically convert to one with prejudice without further action by the Court. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.